PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

STEVEN L. DERBY, ESQ. (SBN 148372)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel. (510) 987-8778
Fax (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiffs
ODIS MARTIN and LORETHA MARTIN

\* *Defendants and their counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ODIS MARTIN and LORETHA MARTIN,<br><br>　　Plaintiffs,<br><br>v.<br><br>DIVA HOSPITALITY GROUP, INC. dba HILTON GARDEN INN; HILTON INNS, INC. HILTON WORLDWIDE, INC.; and DOES 1-20, INCLUSIVE,<br><br>　　Defendants. | CASE NO. 3:16-cv-04103 EDL<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
|---|---|

W. Patrick Kelley, Sr. Esq.
at Oso Boots Corner
230 S. Shepard Street, Suite F
Sonora, CA 95370
Phone: (650) 327-4366
Email: pat@wpkelleysr.com
CSBN: 104581

Attorney for Defendants
Diva Hospitality Group, Inc. dba Hilton Garden Inn;
Hilton Inns, Inc.; and Hilton Worldwide, Inc.

1

# STIPULATION

Plaintiffs ODIS MARTIN and LORETHA MARTIN ("Plaintiffs") and Defendants DIVA HOSPITALITY GROUP, INC. DBA HILTON GARDEN INN; HILTON INNS, INC.; and HILTON WORLDWIDE, INC. ("Defendants") hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against all Defendants be dismissed with prejudice, subject to the Court retaining jurisdiction to enforce the terms of the Consent Decree. Dkt. No. 25.

Date: February 11, 2019         REIN & CLEFTON

By  */s/ Aaron M. Clefton*
AARON M. CLEFTON, ESQ.
Attorneys for Plaintiffs
ODIS MARTIN and LORETHA MARTIN

Date: February 11, 2019         DERBY, McGUINNESS & GOLDSMITH, LLP

By:  */s/ Steven L. Derby*
STEVEN L. DERBY, ESQ.
Attorneys for Plaintiffs
ODIS MARTIN and LORETHA MARTIN

Date: February 11, 2019         W. PATRICK KELLEY, SR., ESQ

By:  */s/ Patrick Kelley*
W. PATRICK KELLEY, SR., ESQ
Attorneys for Defendants
DIVA HOSPITALITY GROUP, INC. DBA HILTON GARDEN INN; HILTON INNS, INC.; and
HILTON WORLDWIDE, INC.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that I, Aaron Clefton, attorney with Rein & Clefton, received the concurrences of Steven Derby and Patrick Kelley in the filing of this document.

*/s/ Aaron M. Clefton*
Aaron M. Clefton

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED.

Dated: 2/11, 2019

*Elizabeth D. Laporte*
U.S. Magistrate Judge Elizabeth D. Laporte